UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SHELLY M. WITFIELD-ORTIZ,

                        Plaintiff,

                                                                     07 Civ. 543 (CM)

against

THE N.Y.C. DEPARTMENT OF EDUCATION

                        Defendant.
---------------------------------------------------------------x

## NOTICE OF POTENTIAL DISMISSAL OF CASE

To: Shelly Whitfield-Ortiz, plaintiff

      The Court has been trying to contact you for many months, as there has been no activity in this lawsuit. Today, a conference was held. Notice was sent to your last known address 140 Asch Loop #21G, Bronx, New York 10475. The lawyer for the Board of Education appeared. You did not appear.

      You are the plaintiff in this lawsuit. It is your responsibility to prosecute the case. If you do not prosecute the case it will be dismissed.

      A conference to set a discovery schedule has been ordered for March 25, 2009 at 9:30 AM in Courtroom 21B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. You MUST appear at the conference. You MUST be on time. If you are not present when the case is called, the Court will dismiss the case for failure to prosecute.

Dated: March 6, 2009

                                                                 U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

Copies mailed/faxed/handed to counsel on 3/6/09